IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LEO WASHINGTON,

Plaintiff,

vs.

VANESSA FANG, JASMINE LECONT MCCLANAHAN, ROWAN WILSON, F. JAMES LOPRESTJR., ARLENE BLUTH, SHIRLEY TROUTMAN, LOUIS LUBA SUZANNE ADAMS, WATSON P. BERICH, MADELINE SINGAS, BRETT GEIGER, GIOIA M. MAIELLANO, HECTOR LASALLE, CAROL A. CRAWFORD, KAM YUEN, NILES GERRY, JENNY RIVERA, MICHAEL G. MCFARLAND, DIANNE T. RENWICK, CHRISTOPHER CUSMANO, JONATHAN A. REINGOLD, WAVNY TOUSSAINT, MICHAEL J. GARCIA, MARION S. MISHKIN, MARLA GILLMAN, DANIEL RAMOS, JENNIFER HENRY, ANTHONY CANNATARO, ROBERT S. MOSKOWII, CAITLIN J. HALLIGAN, LUCKY NARAIN, LAURIE SAMUELS, LINDA HRISTOVA, AMANDA JEANNOPOULOS, RICHARD S. HOLLOWAY, SAMUEL M. FACTOR, GENINE EDWARDS, DANIA NASSAR, TANYA FAYE, ANNA C. LITTLE, ADRIEN LEE-LO, JOY CAMPANELLI, JOHN J. SIEMIETKOWSKI, CATHY SAGESSE, JOHN P. BURNS, CHARLES WALL, CARRIE JOHNSON-PAPILLO, JEAN M.

8:26CV526

MEMORANDUM AND ORDER

KILKER, MADALINA DANESCU, BRIAN GOTLIEB, BARBARA A. NELSON, ERIC GONZALEZ, LENA GOLOVNIN, TIESHA R. PEAL, DOROTHY HARBECK, KEVIN MCCLANAHAN, SULAY GRANT, ELYSSA O. SLUTZKY, MICHAEL ROSENTHAL, JAMES W. KITCHEN, DEBORAH E. KLAHR, DAVID J. VENTURELLA, TONIANN TERRITOLA, JOSEPH B. EDLOW, MICHAEL A. FALECK, SERGIO JIMENEZ, TRAVIS ARRINDEL, JAVIER E. ORTIZ, VIRNA WRIGHT, CARMEN A. PACHECO, HANNAH COHEN, JULIE POLEY, SHANTONU BASU, LOGAN SCHIFF, ENEDINA PILAR SANCHEZ, TANSHANNA GOLDEN, RACHEL VINCENT, KAREN MAY BACDAYAN, MICHAEL WEISBERG, LUCY BAEZ, ERIC KOMITEE, and MARGO K. BRODIE,

Defendants.

Plaintiff Leo Washington, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. Filing No. 2. Upon review of Plaintiff's Motion, the Court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is granted, and the Complaint shall be filed without payment of fees. Plaintiff is advised that the next step in his case will be for the Court to conduct an initial review of his claims to determine whether summary dismissal is

appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.

Dated this 15th day of September, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge