IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LEO WASHINGTON,

Plaintiff,

vs.

VANESSA FANG, JASMINE LECONT MCCLANAHAN, ROWAN WILSON, F. JAMES LOPRESTJR., ARLENE BLUTH, SHIRLEY TROUTMAN, LOUIS LUBA SUZANNE ADAMS, WATSON P. BERICH, MADELINE SINGAS, BRETT GEIGER, GIOIA M. MAIELLANO, HECTOR LASALLE, CAROL A. CRAWFORD, KAM YUEN, NILES GERRY, JENNY RIVERA, MICHAEL G. MCFARLAND, DIANNE T. RENWICK, CHRISTOPHER CUSMANO, JONATHAN A. REINGOLD, WAVNY TOUSSAINT, MICHAEL J. GARCIA, MARION S. MISHKIN, MARLA GILLMAN, DANIEL RAMOS, JENNIFER HENRY, ANTHONY CANNATARO, ROBERT S. MOSKOWII, CAITLIN J. HALLIGAN, LUCKY NARAIN, LAURIE SAMUELS, LINDA HRISTOVA, AMANDA JEANNOPOULOS, RICHARD S. HOLLOWAY, SAMUEL M. FACTOR, GENINE EDWARDS, DANIA NASSAR, TANYA FAYE, ANNA C. LITTLE, ADRIEN LEE-LO, JOY CAMPANELLI, JOHN J. SIEMIETKOWSKI, CATHY SAGESSE, JOHN P. BURNS, CHARLES WALL, CARRIE

**8:26CV526**

**MEMORANDUM AND ORDER**

JOHNSON-PAPILLO, JEAN M. KILKER, MADALINA DANESCU, BRIAN GOTLIEB, BARBARA A. NELSON, ERIC GONZALEZ, LENA GOLOVNIN, TIESHA R. PEAL, DOROTHY HARBECK, KEVIN MCCLANAHAN, SULAY GRANT, ELYSSA O. SLUTZKY, MICHAEL ROSENTHAL, JAMES W. KITCHEN, DEBORAH E. KLAHR, DAVID J. VENTURELLA, TONIANN TERRITOLA, JOSEPH B. EDLOW, MICHAEL A. FALECK, SERGIO JIMENEZ, TRAVIS ARRINDEL, JAVIER E. ORTIZ, VIRNA WRIGHT, CARMEN A. PACHECO, HANNAH COHEN, JULIE POLEY, SHANTONU BASU, LOGAN SCHIFF, ENEDINA PILAR SANCHEZ, TANSHANNA GOLDEN, RACHEL VINCENT, KAREN MAY BACDAYAN, MICHAEL WEISBERG, LUCY BAEZ, ERIC KOMITEE, and MARGO K. BRODIE,

Defendants.

This matter is before the Court on its own motion. On September 14, 2026, the Clerk of the Court sent a notice and copy of General Order 2025-01 to Plaintiff at his last known address and it was returned to this Court as undeliverable. *See* Filing No. 6. Plaintiff has an obligation to keep the Court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days). This case cannot be prosecuted in this Court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1. Plaintiff must update his address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

2. The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **November 6, 2026**: check for address.

Dated this 7th day of October, 2026.

BY THE COURT:

John M. Gerrard

John M. Gerrard
Senior United States District Judge